Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Email:  mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile:  949.260.4996
Attorney for Defendant
Michael Tandberg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TANDBERG, ET AL.,<br><br>　　　　Defendants. | Case No.:  8:19-cv-00962-GW-AGR<br><br>**DECLARATION OF MICHAEL TANDBERG IN SUPPORT OF DEFENDANT TANDBERG'S MOTION TO STRIKE PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SYNTHETIX5** |
| MICHAEL TANDBERG<br>　　　　Counterclaimant,<br><br>　　v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>　　　　Counterdefendant. | **DATE: SEPTEMBER 5, 2019**<br>**TIME: 8:30 AM**<br>**CTRM: 9D, 9TH FL**<br>Judge: The Honorable George H. Wu |

## **DECLARATION OF MICHAEL M. AHMADSHAHI**

I, MICHAEL TANDBERG, declare as follows:

1. I am a resident of the State of California and over eighteen (18) years of age.

2. I make this declaration in support of Defendant Tandberg's Motion to Strike Proof of Service of Summons and Complaint on Defendant Synthetix5 ("Motion to Strike").

3. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

4. I am one of the two named Defendants in the instant action brought by Spectrum against me and "Synthetix5, a business entity of form unknown" ("Instant Action") (Dkt. 1).

5. On July 2, 2013, Spectrum filed a complaint against Lahar Manufacturing, Inc. dba Synthetix5 ("Lahar MFG dba Synthetix5") in the U.S. District Court for the Central District of California, Southern Division, entitled, *Spectrum v. Lahar Mfg., Inc. et al.,* Case No. 8:13-cv-01001-JVS-RNB ("Prior Action") which culminated in a Consent Judgment on September 13, 2013.

6. I was President and sole Director of Lahar MFG dba Synthetix5 at all relevant times during the Prior Action.

7. On or about October 19, 2015, Lahar MFG dba Synthetix5 was dissolved and the Certificate of Dissolution ("Certificate of Dissolution") was filed with the Secretary of State of California.

8. The document filed as Exhibit-3 hereto is a true and correct copy of the Certificate of Dissolution.

9. On or about June 4, 2019, I received the service of process for both Michael Tandberg and Synthetix5.

10. I accepted the service of process for Synthetix5 because I believed it was directed at Lahar MFG dba Synthetix5 which was one of the Defendants in the Prior Action.

11. I do not operate or in any way am associated with Defendant Synthetix5 in the Instant Action and further I am not authorized to accept the service of process for Synthetix5 in the Instant Action.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8/6/19

Michael Tandberg