PATRICK M. MALONEY (SBN 197844)
NICOLE A. POTASH (SBN 323240)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Tel: 310-540-1505 | Fax: 310-540-1507
pmaloney@maloneyfirm.com
npoltash@maloneyfirm.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone:    (216) 348-5730
Facsimile:    (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Plaintiff and Counterclaim-Defendant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL TANDBERG ET AL., <br><br> Defendants. <br>———————————————<br> MICHAEL TANDBERG, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SPECTRUM LABORATORIES, LLC, <br><br> Counterclaim-Defendant. | Case No. 8:19-cv-00962-GW-AGR <br><br> **AUGUST 2019 DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF SPECTRUM LABORATORIES' OPPOSITION TO MOTION TO STRIKE PROOF OF SERVICE ON DEFENDANT SYNTHETIX5** <br><br> Date:        September 5, 2019 <br> Time:        8:30 A.M. <br> Courtroom:        9D <br><br> Judge:        Hon. George H. Wu |

I, Matthew J. Cavanagh, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify as follows:

2. I am an attorney at the Cleveland, Ohio offices of McDonald Hopkins LLC.

3. I am licensed to practice law in the state of Ohio, before various federal courts, and before the United States Patent and Trademark Office. I am admitted *pro hac vice* before this Court in this action.

4. I am one of the attorneys representing Spectrum Laboratories, LLC in this action.

5. In 2013, Spectrum sued Lahar Mfg., Inc., dba Synthetix5. I was one of the attorneys that represented Spectrum in that case. As part of my work on that case, I visited the Synthetix5 website at <sythethix5.com> and viewed packages of Synthethix5 product.

6. As part of my work on this case, I have viewed the current Synthetix5 website at <synthetix5.com> and have viewed the pictures of packaged Synthetix5 product that appear on that page. I last visited that website on August 15, 2019.

7. The Synthetix5 website is currently active and is offering packages of Synthetix5 product for sale. To the best of my knowledge, the current Synthetix5 website has remained active since at least 2013 and today it offers for sale the same Synthetix5 product that the website offered in 2013. The currently offered products look the same and are offered in the same packaging as what was offered on the website in 2013.

8. On August 15, 2019, I reviewed the entire Synthetix5 website and did not find any information disclosing the name or contact information for the company or individual operating the Synthetix5 business.

AUG. 2019 DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF
SPECTRUM LABORATORIES' OPPOSITION TO MOTION TO STRIKE

9.     On August 15, 2019, I reviewed the online Pacer records for the U.S. District Court for the Southern District of California. In doing so, I located a criminal case filed against defendant Michael Tandberg. Mr. Tandberg—who is the same person named in this lawsuit—ultimately pleaded guilty to money laundering based on his use of his Lahar business to conceal proceeds from the sale of illegal drug paraphernalia. Attached as Exhibits A and B, respectively, are true copies of the Information and Judgment against Mr. Tandberg.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2019 in Cleveland, Ohio.

**MATTHEW J. CAVANAGH**

AUG. 2019 DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF
SPECTRUM LABORATORIES' OPPOSITION TO MOTION TO STRIKE