UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-962-GW-AGRx | Date | September 12, 2019 |
| Title | *Spectrum Laboratories, LLC v. Michael Tandberg, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicole Poltash<br>Matthew J. Cavanaugh | Michael M. Ahmadshahi |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

The Court sets the following:

| EVENT | DEADLINE/HEARING |
|---|---|
| Plaintiff to serve "Disclosure of Asserted Claims and Infringement Contentions." (N.D. CAL. LPR 3-1) | September 26, 2019 |
| Defendant to serve "Invalidity Contentions." (N.D. CAL. LPR 3-3) | November 11, 2019 |
| Parties exchange lists of claim terms to be construed. (N.D. CAL. LPR 4-1) | November 25, 2019 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence. (N.D. CAL. LPR 4-2) | December 16, 2019 |
| Plaintiff to serve "Damages Contentions." (N.D. CAL. LPR 3-8) | December 30, 2019 |
| File Joint claim construction and prehearing statement. (N.D. CAL. LPR 4-3) | January 10, 2020 |
| Defendants to serve "Responsive Damages Contentions." (N.D. CAL. LPR 3-9) | January 29, 2020 |
| Mediation Cutoff | January 31, 2020 |

: 05

Initials of Preparer  JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-962-GW-AGRx | Date | September 12, 2019 |
|---|---|---|---|
| Title | *Spectrum Laboratories, LLC v. Michael Tandberg, et al.* | | |

| | |
|---|---|
| Post-Mediation Status Conference | February 3, 2020 at 8:30 a.m. |
| Completion of Claim Construction Discovery. (N.D. CAL. LPR 4-4) | February 10, 2020 |
| Concurrent Claim Construction briefs. (N.D. CAL. LPR 4-5) 2/24/2020 (opening briefs); 3/9/2020 (response briefs); 3/16/2020 (reply briefs) | February 24, 2020 |
| Markman Hearing (N.D. CAL. LPR 4-6) | March 30, 2020 at 8:30 a.m. |

: 05

Initials of Preparer   JG