Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Email: mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile: 949.260.4996
Attorney for Defendant
Michael Tandberg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TANDBERG, ET AL.,<br><br>　　　　Defendants.<br>―――――――――――<br>MICHAEL TANDBERG<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>　　　　Counterdefendant. | Case No.: 8:19-cv-00962-GW-AGR<br><br>**DEFENDNT TANDBERG'S STATEMENT *RE* STATUS CONFERENCE**<br><br><br><br><br><br><br><br>**DATE: JANUARY 23, 2020**<br>**TIME: 8:30 AM**<br>**CTRM: 9D, 9TH FL**<br>Judge: The Honorable George H. Wu |

Defendant and Counterclaimant Michael Tandberg ("Tandberg" or "Defendant"), by and through its undersigned counsel, files this **Statement re Status Conference** in advance of and in preparation for the Status Conference Hearing scheduled for January 23, 2020.

Defendant decided not to participate in the Claim Construction Process in order to better allocate his resources in defending this frivolous lawsuit. In particular, Defendant did not present Invalidity Contentions pursuant to Patent L.R. 3-3.

In turn, Plaintiff decided not to participate in the Claim Construction Process either. In particular, the Parties did not Exchange List of Claim Terms to Be Construed, pursuant to Patent L.R. 4-1, and Exchange of Preliminary Claim Constructions and Extrinsic Evidence, pursuant to Patent L.R. 4-2.

In the Joint Claim Construction and Prehearing Statement (Dkt. 53), pursuant to Patent L.R. 4-3, Defendant stated that: "Notwithstanding his intention not to participate in the Claim Construction process pursuant to N.D. Cal. LPR, Defendant asserts that the claims of the '776 patent and the '105 patent (collectively, "Patents") are not infringed and/or they are invalid for failure to comply with one or more of the requirements of United States Code, Title 35, including without limitation, 35 U.S.C. §§ 101, 102, 103, 112, and 116 and the rules, regulations, and laws pertaining thereto, as fully described in his Answer and Counterclaim (Dkt. 30 and 31)." (Dkt. 53, Page 4, Lns. 12-18).

As of January 1, 2020, drug masking products are illegal in California. California Health & Safety Code § 24135 provides: "Drug masking products prohibited [Effective January 1, 2020]

(a) Except as authorized by law, a person shall not distribute, deliver, or sell, or possess with intent to distribute, deliver, or sell, a drug masking product.

(b) For purposes of this section, the following definitions apply:

(1) 'Drug masking product' means synthetic urine or any other substance designed to be added to human urine or human hair for the purpose of defrauding an alcohol or drug screening test.

(2) 'Synthetic urine' means any substance that is designed to simulate the composition, chemical properties, physical appearance, or physical properties of human urine." Cal. Health & Safety Code § 24135.

Defendant has recently become aware that Plaintiff continues to sell its synthetic urine product, which is the subject matter of the asserted Patents, in the State of California. On January 14, 2020, a California resident purchased Plaintiff's synthetic urine from its website (See, Exhibit-1).

On January 16, 2020, Defendant, through his undersigned attorney, contacted the Federal Bureau of Investigation ("FBI") and California Department of Justice, Bureau of Investigation ("CBI") to inform the respective authorities of Plaintiff's criminal activities in the State of California. (See Exhibit-2).

In light of the forgoing, Defendant respectfully informs this honorable Court that he intends to file a motion for leave to amend its Invalidity Contentions under Patent L.R. 3-6. *See, e.g., Karl Storz Endoscopy-Am., Inc. v. Stryker Corp.*, No. 14-cv-00876-RS (JSC), 2016 U.S. Dist. LEXIS 63649, 2016 WL 2855260, at *3 (N.D. Cal. May 13, 2016) (stating that "the court retains discretion to grant leave to amend even in the absence of diligence so long as there is no prejudice to the opposing party.")

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 22, 2020, | AHMADSHAHI LAW OFFICES |
|   | By:  /s/Michael M. Ahmadshahi<br>Michael M. Ahmadshahi, PhD, Esq.<br>Attorney for Defendant<br>Michael Tandberg |

# CERTIFICATE OF SERVICE

I, Michael M. Ahmadshahi, certify under penalty of perjury that the foregoing was served on the interested parties listed below, via the Court's Electronic Filing Program, United States Mail, Electronic Mail, and/or any other manner permitted by the Federal Rules of Civil Procedure on January 22, 2020.

Dated January 22, 2020,

By: /s/ Michael M. Ahmadshahi
Michael M. Ahmadshahi, PhD, Esq.
AHMADSHAHI LAW OFFICES
2030 Main Street, Ste. 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile: 949.260.4996
Email: mahmadshahi@mmaiplaw.com
Attorney for Defendant

**THE MALONEY FIRM, APC**
Patrick M. Maloney – SBN 197844
pmaloney@maloneyfirm.com
Nicole A. Poltash – SBN 323240
npoltash@maloneyfirm.com
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (301) 540-1507

**McDONALD HOPKINS LLC**
David B. Cupar – pro hac vice
dcupar@ mcdonaldhopkins.com
Matthew J. Cavanagh – pro hac vice
mcavanagh@mcdonaldhopkins.com
Brynne A. Grady – pro hac vice
bgrady@mcdonaldhopkins.com
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474