UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-962-GW-AGRx | Date | January 23, 2020 |
|---|---|---|---|
| Title | *Spectrum Laboratories, LLC v. Michael Tandberg, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick M. Maloney | Michael M. Ahmadshahi |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer re upcoming dates. Counsel indicate the *Markman* hearing set for March 30 will not be required. The Court vacates the hearing.

The post mediation status conference remains set for February 3, 2020. Counsel are to file a joint status report re mediation by noon on January 31, 2020. Further scheduling will be included in the report if settlement is not reached.

                                                                                                           :    06

                                                            Initials of Preparer    JG