PATRICK M. MALONEY (SBN 197844)
NICOLE A. POTASH (SBN 323240)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, CA 90245
Tel: 310-540-1505 │ Fax: 310-540-1507
pmaloney@maloneyfirm.com
npoltash@maloneyfirm.com

DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Tel: 216-348-5400 │ Fax: 216-348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Attorneys for Plaintiff and Counterclaim-Defendant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL TANDBERG et al.,<br><br>    Defendants. | Case No. 8:19-cv-00962-GW-AGR<br><br>**JOINT STATUS REPORT RE MEDIATION** |
| MICHAEL TANDBERG,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>    Counterclaim-Defendant. | Judge:       Hon. George H. Wu<br>Courtroom: 9D<br>Mag. Judge: Hon. Alicia G. Rosenberg<br>Filed:        May 20, 2019<br>Trial:        None set |

As requested by the Court's January 23, 2020 Order (ECF #57), the parties provide this joint status report on mediation, discovery, and case schedule.

**Mediation:** The parties were unable to reach an agreement at mediation.

**Discovery:** Plaintiff Spectrum Laboratories LLC has requested and obtained a telephonic discovery conference with Magistrate Judge Alicia G. Rosenberg on February 4, 2020 at 11:00 a.m. to discuss discovery disputes between the parties. Spectrum contends that Tandberg's discovery responses are incomplete. As part of the discovery dispute, Spectrum contends that Tandberg has not disclosed the names of the other individuals and persons involved with the manufacture and sale of the accused Synthetix5 product, or the documents evidencing their involvement (such as asset purchase agreements). Once Spectrum obtains that discovery, it expects to amend its complaint to add new defendants. Thus, Spectrum's proposed schedule below includes the additional time needed for identifying and joining new defendants.

Tandberg disagrees with Spectrum and contends that he has properly responded to Spectrum's discovery requests. Tandberg believes that this frivolous lawsuit has been filed by Spectrum in an attempt to use its invalid Patents as leverage to compel Tandberg to seek out and identify the manufacturers, distributors, resellers, and others involved in this underground illegal industry, to the benefit of Spectrum.

**Schedule:** The parties propose the following case schedule:

| *Event* | *Date* |
| --- | --- |
| Deadline to amend pleadings | 4/30/20 |
| Fact Discovery Cut-off | 12/11/20 |
| Expert Report Deadline (on issues where the party bears the burden of proof) | 12/18/20 |
| Rebuttal Expert Report Deadline | 1/18/21 |

| Event | Date |
|---|---|
| Expert Discovery Cut-off | 2/26/21 |
| Dispositive Motion Deadline | 3/26/21 |
| Final Pretrial Conference | 6/25/21 |
| Trial date | 8/24/21 |

DATED:  January 31, 2020

Respectfully submitted,

  s/ Matthew J. Cavanagh
DAVID B. CUPAR (*Pro Hac Vice*)
MATTHEW J. CAVANAGH (*Pro Hac Vice*)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Tel: (216) 348-5730
Fax: (216) 348-5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

PATRICK M. MALONEY (SBN 197844)
NICOLE A. POTASH (SBN 323240)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, CA 90245
Tel: (310) 540-1505
Fax: (310) 540-1507
pmaloney@maloneyfirm.com
npoltash@maloneyfirm.com

Attorneys for Plaintiff and
Counterclaim-Defendant
SPECTRUM LABORATORIES, LLC

By: /s/ Michael M. Ahmadshahi
Michael M. Ahmadshahi, PhD, Esq.
AHMADSHAHI LAW OFFICES
2030 Main Street, Ste. 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile:  949.260.4996
Email:  mahmadshahi@mmaiplaw.com

Attorney for Defendant