# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-962-GW-AGRx | Date | February 3, 2020 |
|---|---|---|---|
| Title | *Spectrum Laboratories, LLC v. Michael Tandberg, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Patrick M. Maloney, by telephone  
Matthew J. Cavanaugh, by telephone

Attorneys Present for Defendants:  
Michael M. Ahmadshahi

**PROCEEDINGS:** POST-MEDIATION STATUS CONFERENCE

Settlement is not reached.

Court and counsel discuss scheduling. The Court sets the following:

| | |
|---|---|
| Discovery Cutoff | August 28, 2020 |
| Expert Discovery Cutoff | September 25, 2020 |
| Motion Hearing Cutoff | October 19, 2020 |
| Pretrial Conference | November 19, 2020 at 8:30 a.m. |
| Jury Trial | December 1, 2020 at 9:00 a.m. |

No further amendments allowed; compliance with FRCP 16 is required.

: 05

Initials of Preparer  JG